EXECUTION COPY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAWK ENTERPRISES, LLC and JON FREY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREENLIGHT ENERGY, INC.,<br><br>Defendant. | Case No. 1:19-cv-04212<br><br>CLASS ACTION |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Jawk Enterprises, LLC and Jon Frey file this stipulation of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case, with each side bearing its own costs and fees. None of the rights of any putative class members other than Plaintiffs have been released or are otherwise affected by this dismissal. This dismissal resolves the entire action.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of January 2020.

156212.00602/122220612v.1

**EXECUTION COPY**

By:/s/ *Aytan Y. Bellin*
Aytan Y. Bellin
**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plains, NY 10606
(914) 358-5345
Email: aytan.bellin@bellinlaw.com

*Counsel for Plaintiffs Jawk Enterprises, Inc.
and Jon Frey*

By: /s/ *Andrew T. Hambelton*
Andrew T. Hambelton
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY 10020
Phone: 212.885.5345
AHambelton@blankrome.com

*Counsel for Defendant
Greenlight Energy, I.*

So ordered.   /s/(ARR)

13

156212.00602/122220612v.1

**EXECUTION COPY**

## CERTIFICATE OF SERVICE

I, Aytan Y. Bellin, hereby certify that on January 22, 2020, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Aytan Y. Bellin*
Aytan Y. Bellin